**No. 48023.**—Protests 959295–G, etc., of Alfred Orlik, Inc., et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel which states these figures are not toys within the provisions of paragraph 1513, and that they are similar to the merchandise the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), it was held that they are not subject to countervailing duty.

**No. 48024.**—Protests 28785–K, etc., of Half Moon Mfg. & Trading Co., Inc. (Galveston).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Half Moon Manufacturing & Trading Co.* v. *United States* (9 Cust. Ct. 37, C. D. 656). The claim for free entry under paragraph 1685 was therefore sustained as to certain of the merchandise.

**No. 48025.**—Protest 92984–K of Jacob Jehuda (New York).

Opinion by EKWALL, J. From an examination of the record consisting of the official papers nothing was disclosed that would warrant the court in disturbing the finding of the collector, which was held presumptively correct. The protest was therefore overruled.

BEFORE THE SECOND DIVISION, FEBRUARY 17, 1943

**No. 48026.**—Protest 48260–K of Accurate Millinery Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following Abstract 47291 the protest was sustained to this extent.

**No. 48027.**—Protests 49839–K, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the protests were sustained as to certain of the items.

**No. 48028.**—Protest 692714–G of Straw Goods Exchange, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel, certain of the hats in question were held dutiable at only 25 percent under paragraph 1504 (b) (5) as claimed, following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).